IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                        CR. NO. S-09-0384 EJG

GUILLERMO RICARDO DIAZ,

        Defendant.
_____/

UNITED STATES OF AMERICA,
                                 CR. NO. S-09-0385 GEB
        Plaintiff,

   v.

                                 <u>RELATED CASE ORDER</u>
GUILLERMO RICARDO DIAZ,

        Defendant.
_____/

   Examination of the above-entitled actions reveals that they are related within the meaning of Eastern District Local Rule 83-123.  The cases involve the same defendant who was serving time on one conviction when he committed the crime which forms the basis for the second conviction.  Both cases were prosecuted in the District of Nevada; however, jurisdiction in both cases was transferred to the Eastern District of California September 8, 2009.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort

1

and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely results in both actions being assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned. Therefore, IT IS HEREBY ORDERED that the action denominated Cr. No. S-09-0385 GEB be, and the same hereby is, reassigned to Judge Edward J. Garcia for all further proceedings. Henceforth, the caption on all documents filed in the reassigned case shall be shown as <u>United States v. Diaz</u>, Cr. No. S-09-0385 EJG.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

September 21, 2009        /s/ Edward J. Garcia
                          EDWARD J. GARCIA, JUDGE
                          UNITED STATES DISTRICT COURT

2